EDWARD D. WHITE *v.* JAMES MAGUIRE et al.

16 337
114 821

An appellant has the right (C. P. 595) to withdraw his appeal, on motion, at any time before the appellee has been cited; and in such a case he may renew it, according to that article and article 593, within a year if he reside in the State, or two years if he be absent therefrom.

APPEAL from the Sixth District Court of New Orleans, *Howell*, J. *Edward C. Kelley*, for plaintiff and appellant. *Race & Foster*, for defendant.

On a motion to dismiss:

DUFFEL, J. The motion to dismiss cannot be maintained. 1o. The appellant had, under the article 595 of the Code of Practice, the right to withdraw, on motion, his appeal, as the appellee had not then been cited.

43

2o.  The second appeal was seasonably taken during the year; and when, as was the case, the Supreme Court closed its session before the return day fixed by the District Court, the record of appeal was properly filed on the first day of the succeeding term. *Wells* v. *Lamothe*, 10 La. 410. Besides, the appellee having caused the case to be set down for trial, can not now urge such objections. *Creevy* v. *Breedlove*, 12 An. 745.

Motion dismissed.